# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PARKER EXCAVATING, INC., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00165-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| HIGHLANDS AT CULLOWHEE, LLC, et al, | ) | |
| | ) | |
| Defendant). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2021 Memorandum of Decision and Order.

March 29, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court